IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY J. MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:21-cv-526-RAH |
| | ) |
| DARDEN CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On October 21, 2022, the Magistrate Judge entered a Recommendation (Doc. 10) to dismiss this case without prejudice on the grounds that the Title VII and ADA claims were insufficiently pleaded, and the Complaint (Doc. 1) failed to show the ADA claim was administratively exhausted. On November 8, 2022, Plaintiff Rodney J. Murphy filed Objections. (Doc. 11.)

The Court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b). Upon this Court's review and consideration of the arguments set forth in the Objections, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Objections (Doc. 11) are OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. 10) is ADOPTED; and

3. The case is DISMISSED without prejudice.

DONE, this 30th day of November, 2022.

                                            /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE